**Abatement Order filed July 28, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00105-CV
_____

### IN THE MATTER OF W.A.M.P., Appellant

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2020-00197J**

---

## ABATEMENT ORDER

In accordance with this Court's memorandum opinion of this date, we abate this appeal and remand the case to the trial court, instructing it to correct its disposition order by including specific findings stating its reasons for the disposition in compliance with Family Code section 54.04(f). Tex. Fam. Code Ann. § 54.04(f).

We order the trial court to file its corrected disposition order with the trial court clerk on or before August 29, 2022.

We further order the trial court clerk to prepare, certify, and file a supplemental clerk's record with the clerk of this court that includes the corrected

disposition order within 10 days after the trial court files the corrected disposition order.

This appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's corrected disposition order is filed in this Court.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.